*Unsealed per first appearance minute 4/7/08*

**ORDERED SEALED BY COURT**

08 MAR 27 PM 2:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ CD _____ DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  MICHELLE M. PETTIT
   Assistant U.S. Attorney
3  California State Bar No. 253406
   United States Courthouse
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7454

6  Attorneys for Plaintiff
   United States of America

7

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12  In the Matter of the Complaint for )    Case No. 08 MJ 0945
                                       )
13  JOSE EDUARDO GALVEZ-ARAGON (1)     )    **ORDER SEALING COMPLAINT
    FRANCISCO PEREZ-TORRES (2)         )    AND ARREST WARRANT**
14                                     )
              Defendants.              )
15  _____ )

16
        Upon motion of the UNITED STATES OF AMERICA and good cause
17
    appearing, that is, a continuing criminal investigation,
18
        IT IS HEREBY ORDERED that the arrest warrants, complaint  and
19
    Affidavit in support of the captioned matter, and this order be sealed
20
    until further order of this Court.
21
        DATED: March 27, 2008.
22

23                                    Honorable William McCurine, Jr.
                                      United States Magistrate Judge
24

25  Presented by:

26  Karen P. Hewitt
    United States Attorney
27

28  MICHELLE M. PETTIT
    Assistant U.S. Attorney