Unsealed per first appearance minute of 4/7/08.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT

**UNDER SEALED BY COURT**

UNITED STATES OF AMERICA,

V.

**Francisco PEREZ-Torres**

**WARRANT FOR ARREST**

CASE NUMBER: ~~SYS-08-03-159~~

'08 MJ 0945

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST __Francisco PEREZ-Torres__
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment ___ Information __X__ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title __8__ United States Code, Section __1324__ .

__WILLIAM McCURINE, JR.__
Name of Issuing Officer

__United States Magistrate Judge__
Title of Issuing Officer

__/s/ McCurine Jr.__
Signature of Issuing Officer

DATE __4/4/08__

ARRESTED BY __CBP Agent Prap__

(By) Deputy Clerk

**STEVEN C. STAFFORD**
**ACTING U.S. MARSHAL, S/CA**

BY __Edna Rogers__

Bail Fixed at $ __No Bond__

__March 27, 2008, San Diego, California__
Date and Location

__WILLIAM McCURINE, JR.__
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ||||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS II 'J'     CBP     0303

Unsealed per first appearance minute of 4/7/08.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

~~ORDERED SEALED BY COURT~~

UNITED STATES OF AMERICA,

v.

Francisco PEREZ-Torres

**WARRANT FOR ARREST**

CASE NUMBER: ~~SYS-08-05-159~~ CR

'08 MJ 0945

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST __Francisco PEREZ-Torres__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title __8__ United States Code, Section __1324__.

| | |
|---|---|
| **WILLIAM McCURINE, JR.** | United States Magistrate Judge |
| Name of Issuing Officer | Title of issuing Officer |
| /s/ W McCurine Jr. | March 27, 2008, San Diego, California |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail Fixed at $ __No Bond__   by   **WILLIAM McCURINE, JR.**
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 04/04/2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 04/04/2008 | MICHAEL J. PRADO CBP ENFORCEMENT OFFICER | /s/ Michael Prado |