# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT

**UNSEALED BY COURT**

UNITED STATES OF AMERICA,

V.

Francisco PEREZ-Torres

**WARRANT FOR ARREST**

CASE NUMBER: ~~SYS-08-03-159~~

To: The United States Marshal
and any Authorized United States Officer

**'08 MJ 0945**

YOU ARE HEREBY COMMANDED TO ARREST <u>Francisco PEREZ-Torres</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment ___ Information **X** Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)


in violation of Title __8__ United States Code, Section __1324__.

| | |
|---|---|
| **WILLIAM McCURINE, JR.** | United States Magistrate Judge |
| Name of Issuing Officer | Title of issuing Officer |
| /s/ W McCurine Jr. | March 27, 2008, San Diego, California |
| Signature of Issuing Officer | Date and Location |

DATE 4/4/08

ARRESTED BY CBP Agent Prap

(By) Deputy Clerk

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA

Bail Fixed at $ <u>No Bond</u>

**WILLIAM McCURINE, JR.**
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'     CBP     0303

*Unsealed per first appearance minute of 4/7/08.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

~~ORDERED SEALED BY COURT~~

UNITED STATES OF AMERICA,

V.

Francisco PEREZ-Torres

**WARRANT FOR ARREST**

CASE NUMBER: ~~SYS-08-03-159~~ *CR*

'08 MJ 0945

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST __Francisco PEREZ-Torres__
                                                                                                                       *Name*

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment    ___ Information    _X_ Complaint    ___ Order of court    ___ Violation Notice    ___ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title __8__ United States Code, Section __1324__ .

| | |
|---|---|
| **WILLIAM McCURINE, JR.** | *United States Magistrate Judge* |
| Name of Issuing Officer | Title of issuing Officer |
| /s/ W. McCurine Jr. | |
| Signature of Issuing Officer | *March 27, 2008, San Diego, California* |
| | Date and Location |

(By) Deputy Clerk

Bail Fixed at $ __No Bond__      by      **WILLIAM McCURINE, JR.**
                                                                                                        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04/04/2008 | MICHAEL J. PRADO | /s/ Michael Prado |
| **DATE OF ARREST** | CBP ENFORCEMENT OFFICER | |
| 04/04/2008 | | |