FILED

APR 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE P. HAN
   Assistant United States Attorney
3  California State Bar No. 250301
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5220
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8                    UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA    08CR 1210-H

10  UNITED STATES OF AMERICA,        )    Magistrate Case No. 08MJ0945
                                     )
11                  Plaintiff,       )
                                     )
12           v.                      )    STIPULATION OF FACT AND JOINT
                                     )    MOTION FOR RELEASE OF
13  FRANCISCO PEREZ-TORRES (2),      )    MATERIAL WITNESS(ES) AND
                                     )    ORDER THEREON
14                  Defendant.       )
                                     )
15  _____ )    (Pre-Indictment Fast-Track Program)

16        IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

18  Caroline P. Han, Assistant United States Attorney, and defendant FRANCISCO PEREZ-TORRES,

19  by and through and with the advice and consent of defense counsel, Inge Brauer, that:

20        1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

21  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

26  //

27  //

28  CPH:es:4/11/08

1      2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4      3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **April 28, 2008.**

6      4.      The material witnesses, David Rojas-Tejes, Veronica Cruz-Ramos and Fabiola

7 Lopez-Martinez, in this case:

8            a.      Are aliens with no lawful right to enter or remain in the United States;

9            b.      Entered or attempted to enter the United States illegally on or about

10 March 25, 2008;

11            c.      Were found in a vehicle driven by codefendant, Jose Eduardo Galvez-Aragon,

12 at the San Ysidro, California Port of Entry (POE) and for whom the defendant was driving a vehicle

13 that was to guide codefendant, Jose Eduardo Galvez-Aragon's vehicle. Defendant knew or acted

14 in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the

15 United States;

16            d.      Were paying $1,800 to others to be brought into the United States illegally

17 and/or transported illegally to their destination therein; and,

18            e.      May be released and remanded immediately to the Department of Homeland

19 Security for return to their country of origin.

20      5.      After the material witnesses are ordered released by the Court pursuant to this

21 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

22 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

23 proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

24 attack, that:

25            a.      The stipulated facts set forth in paragraph 4 above shall be admitted as

26 substantive evidence;

27 //

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Francisco Perez-Torres          2               08MJ0945

1      b.      The United States may elicit hearsay testimony from arresting agents

2    regarding any statements made by the material witness(es) provided in discovery, and such

3    testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

4    against interest of (an) unavailable witness(es); and,

5              c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

6    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

7    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

8    waives the right to confront and cross-examine the material witness(es) in this case.

9      6.      By signing this stipulation and joint motion, defendant certifies that defendant has

10   read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

11   further that defendant has discussed the terms of this stipulation and joint motion with defense

12   counsel and fully understands its meaning and effect.

13            Based on the foregoing, the parties jointly move the stipulation into evidence and for the

14   immediate release and remand of the above-named material witness(es) to the Department of

15   Homeland Security for return to their country of origin.

16            It is STIPULATED AND AGREED this date.

17                                          Respectfully submitted,

18                                          KAREN P. HEWITT
                                            United States Attorney
19

20   Dated: _____.

21                                          _____
                                            CAROLINE P. HAN
                                            Assistant United States Attorney
22

23   Dated: 4/11/08  .

24                                          _____
                                            INGE BRAUER
                                            Defense Counsel for Perez-Torres
25

26   Dated: 4/11/08  .

27                                          _____
                                            FRANCISCO PÉREZ-TORRES
                                            Defendant
28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Taereon in
United States v. Francisco Perez-Torres              3                    08MJ0945

1  ## ORDER

2  Upon joint application and motion of the parties, and for good cause shown,

3  **THE STIPULATION** is admitted into evidence, and,

4  **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to their country of origin.

6  **SO ORDERED.**

7

8  Dated: 4/17/08 .                          _____
                                            United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
   Material Witness(es) And Order Thereon in
   United States v. Francisco Perez-Torres          4                    08MJ0945